















TKL    5/24/05    11:07

3:04-CR-00862    USA V. HOHNER

*129*

*CRMO.*



**Minutes of the United States District Court
Southern District of California
Monday, May 23, 2005**

2004CR00862-JM

**For the Honorable:   Jeffrey T. Miller   District Judge**
**Deputy Clerk:   Laura Barkins   Court Reporter/ECR:   Melissa Pierson**

On Calendar:

2004CR00862-JM

USA vs.

(1) EDWARD - HOHNER (C)
AKA: EDWARD DEAN HOHNER
MTD: 08-03-2005

Lang Booking #
ENG40544198   (1) James J. Warner   RET
                619 243-7333

                Laura E. Duffy  AUSA
                619 557-5610
                John David Kirby  AUSA
                619 557-5610

DISPOSITION HRG (1)

Minutes:
ATTORNEY FREDRICK RICH APPEARING FOR ATTORNEY JAMES WARNER

DISPOSITION HEARING CONTINUED TO 6-13-05 @ 11:00 AM

Printed:   05/24/2005  8:54 am                                              Page 1 of 1