1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,   )   Case No. 04cr862-JM
                                                         )
                        Plaintiff,                       )
                                                         )   ORDER AND JUDGMENT OF DISMISSAL
          v.                                             )   OF INDICTMENT AND RECALL
                                                         )   ARREST WARRANT
ROGER ELLINGSON (2),                    )
                                                         )
                        Defendant.                    )
_____)

  Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

  IT IS HEREBY ORDERED that the Indictment in the above entitled case be

dismissed without prejudice, and the Arrest Warrant be recalled.

  IT IS SO ORDERED.

DATED:  February 15, 2013

_____
Hon. Jeffrey T. Miller
United States District Judge